IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICTOR VARGAS<br><br>**Plaintiff(s)**<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>**Defendant(s)** | **CIVIL NO.** 04-1020(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court **ADOPTS** the Report and Recommendation. Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of November, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge